IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

EP RESORTS, INC.;
ML PROPERTIES LLC;
M-SQUARED PROPERTIES, LLC,

Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Defendant.

---

## NOTICE OF REMOVAL

---

Defendant Travelers Property Casualty Company of America ("Travelers"), through its attorneys, Gordon Rees Scully Mansukhani LLP, submits this Notice of Removal to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.Colo.LCivR 81.1.

1.      Plaintiffs filed their Complaint in the District Court for Larimer County Colorado on June 17, 2020.  Exhibit A.  Plaintiffs assert claims for breach of contract, common law bad faith, and violation of C.R.S. §§ 10-3-1115 and 1116.  *See id.*, *generally*.

2.      Travelers was served with a copy of the Complaint on July 15, 2020.  Exhibit B.

3.      On August 5, 2020, Plaintiffs amended their Complaint to assert claims against Estes Park Vacation Rentals, Inc.  Exhibit C.

4.      On August 18, 2020, Plaintiffs filed a Second Amended Complaint naming Estes Park Vacation Rentals, LLC as a Defendant.  Exhibit D.

5. Travelers moved to dismiss the claims asserted against Estes Park Vacation Rentals, LLC on the basis of misjoinder. Exhibit E.

6. On January 24, 2021, the District Court for Larimer County granted Travelers' Motion to Dismiss and severed the claims against Estes Park Vacation Rentals, LLC. Exhibit F. As directed in the Order, the claims against Estes Park Vacation Rentals, LLC were severed and Estes Park Vacation Rentals, LLC was dismissed from the underlying state court case and a separate action was commenced.

8. The dismissal of Estes Park Vacation Rentals, LLC on January 24, 2021 created complete diversity in this matter.

8. Travelers now files this Notice of Removal within thirty days of January 24, 2021 as provided by 28 U.S.C. § 1446(b)(3).

9. "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

10. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

11. Diversity jurisdiction exists in this matter. Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

12. EP Resorts, Inc. is a Colorado corporation with its principal place of business in Colorado. Exhibit G. Therefore, EP Resorts is a citizen of Colorado.

13.     ML Properties, LLC and M-Squared Properties, LLC are both Colorado limited liability companies.  Ex. A at p. 2.

14.     The citizenship of limited liability companies is determined based upon the citizenship of the company's members. *Siloam Springs Hotel, LLC v. Century Sur. Co.,* 781 F.3d 1233, 1234 (10th Cir. 2015).

15.     Counsel for Plaintiffs has confirmed that Morgan and Ashley Mulch are the only members of ML Properties, LLC and M-Squared Properties, LLC.  Counsel have further confirmed that Mr. and Mrs. Mulch are residents of Texas and are domiciled there. Accordingly, ML Properties, LLC and M-Squared Properties, LLC are citizens of Texas.

16.     Defendant Travelers Property Casualty Company is a Connecticut Corporation with its principal place of business in Hartford, Connecticut.  *See* Ex. A at p. 2.  Accordingly, Travelers is a citizen of Connecticut for diversity purposes.

17.     Complete diversity exists among the Plaintiffs and Defendant.

18.     The amount in controversy exceeds $75,000.00.  Plaintiffs certified that they are seeking a judgment in excess of $75,000 on the Civil Case Cover Sheet submitted with the Complaint.  Exhibit H; *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

19.     Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1).

20.     Pursuant to 28 U.S.C. § 1446(d) and D.C.Colo.LCivR 81.1, this Notice of Removal has been sent to all other parties in this action and has been filed with the state court clerk's office.  In addition, within fourteen days of the filing of this Notice of Removal, Travelers will file a current state court docket sheet (Register of Actions) and will separately file each pending motion, petition, and related response, reply, and brief.  No

hearing has been set in the state court case.

21.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Travelers are also submitted.

22.     Pursuant to D.Colo.LCivR 5(a)(2)(C), the undersigned hereby certifies that he is a member in good standing of the bar of this court.

Dated this 28th day of January, 2021.

**GORDON & REES LLP**

*/s/  Gregory S. Hearing II*
John M. Palmeri, Esq.
Gregory S. Hearing II, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
ghearing@grsm.com

ATTORNEYS FOR DEFENDANT

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the Larimer County District Court using the CO Courts E-Filing system which will send notification to the Clerk of Court and all counsel referenced below, this 28th day of January, 2021.

Stewart W. Olive, Esq.
Daniel L. Sapienza, Esq.
March & Olive, LLC
1312 South College Avenue
Fort Collins, Colorado 80524
stewart@olivelaw.com
dan@marchlaw.com

*/s/  Linda J. Bustos*